THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL A. JEFFERSON, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTELLE JEFFERSON, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAISY LEE, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of MILDRED DUNCAN, Appellant, v. DOLAN WHITE, Respondent.— Order of the Children's Court of Dutchess county adjudging that respondent is not the father of complainant's unborn child reversed on the facts and a new trial ordered, on the ground that the determination is contrary to the weight of the evidence. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN ROTHENBERG, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— Order dismissing writ of habeas corpus affirmed. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ROSOFF BROS., INC., Appellant, v. STEELBILT PRODUCTS CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend its complaint within ten days from the entry of the order herein upon payment of ten dollars costs. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JAMES A. TILLMAN, Respondent, v. RUSSO-ASIATIC BANK, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

BESSIE VILLANTE, as Administratrix, etc., of BARTHOLOMEW VILLANTE, Deceased, Respondent, v. LLOYD BRASILELRO CIA DE NAVEGACO, Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

LORRETTA V. WOODS, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— Order denying plaintiff's motion to strike out the second defense from defendant's answer affirmed. Order granting defendant's motion to compel plaintiff to serve a reply to the separate defenses interposed in the answer of defendant modified by providing that the plaintiff need not reply to the third partial defense and, as so modified, affirmed, all without costs of this appeal. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.